**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL ACTION** |
| | : | |
| v. | : | **NO. 26-227** |
| | : | |
| **BENJAMIN GALLAGHER** | : | |

# ORDER

**AND NOW**, this 13th day of October 2026, upon considering the United States' Motion to seal (ECF 69) its Sentencing Memorandum (ECF 67) and Supplement (ECF 68), and finding limited particularized harm from personal medical diagnoses, it is **ORDERED** the United States' Motion to seal (ECF 69) is **GRANTED in part** and **DENIED in part** requiring:

1. The Clerk of Court shall:

   a. **UNSEAL** the Motion to seal (ECF 69);

   b. Maintain the **seal** on the United States' Supplement (ECF 68) and the Memorandum (ECF 67); and,

2. The United States shall file a Notice of redacted Memorandum attaching its Memorandum (ECF 67) by no later than **October 15, 2026** redacting only the first full paragraph on page 8 from "Significantly….[to] medication."

**KEARNEY, J.**